Daniel R. Lyddy. — Decree affirmed, with costs. Opinion by Van Brunt, P. J.

William F. Lennon. Appellant. v. Mary A. Stiles, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Ella L. Winton, Respondent, v. William Livey and others, Appellants. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Adam Henderson, as Administrator, etc., Appellant, v. The Knickerbocker Ice Company, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

George J. Cohen, Respondent, v. Theodore K. Hazard, Administrator, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Behrman, Respondent, v. Frederick C. Linde and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

John M. Masterton, Appellant, v. James Boyce, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Benjamin Richardson, Appellant, v. John Davidson, Respondent. — Order vacating injunction affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Frederick Reck, Appellant, v. The Phœnix Insurance Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Alden B. Stockwell. Appellant, v. James Boyce, Respondent. — Judgment affirmed. Opinion by Van Brunt, P. J.

John Keenan, Respondent, v. John O'Brien and others, Appellants. — Order reversed, with ten dollars costs and disbursements, and the order for the examination of the defendant before trial vacated. Opinion by Van Brunt, P. J.

James H. McVicker, Appellant, v. Italo Campanini, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Frank T. Robinson, Appellant, v. James Boyce, Respondent. — Judgment affirmed. Opinion by Van Brunt, P. J.

George P. Bangs v. James Boyce. — Judgment affirmed. Opinion by Van Brunt, P. J.

Elizabeth Fisher, Respondent, v. William Rankin, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

Paul Williams, Appellant, v. William Hayes, Respondent. — Order affirmed, with costs. Opinion by Macomber, J.

Paul Williams, Appellant, v. William Hayes, Respondent. — Order affirmed, with costs. Opinion by Macomber, J.

Jessie Watson, Appellant, v. E. Frank Coe, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Henrietta Schaffer, Appellant, v. Isaac Schaffer and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

William McCreery and another, Appellants, v. Melville C. Day and others, Respondents. — Judgment affirmed, with costs. Opinion by Macomber, J.

Sophie Luhrs, Plaintiff, v. Anna Luhrs, Defendant. — Exceptions sustained, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

William S. Wright, Administrator, etc., Respondent, v. The Third Avenue Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Margaret Foster, Respondent, v. Theodore M. Roche, Trustee, etc., Appellant — Order affirmed, with costs and disbursements. Opinion by Macomber, J.

Louis Nordlinger, Appellant, v. Adolph Anderson and others, Respondents. — Judgment affirmed, with costs. Opinion by Macomber, J.

Edwin D. Washburne, Administrator, etc., of Emily V. Washburne, Deceased, Respondent, v. Benjamin C. Wetmore, Administrator, etc., Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

The Staten Island Rapid Transit Railroad Company, Appellant and Respondent, v. The Mayor, etc., of the City of New York, Respondent and Appellant. — Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

Frank Phelps, Appellant, v. Joel E. Erhardt, Receiver, etc., Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William Nelson, Jr., Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment and order affirmed, with costs. Opinion by Daniels, J.

Mannes Baum v. New York Cotton Exchange. — Motion granted, with ten dollars costs.

Franz Ristchoff v. Charles P. Heckman. — Motion denied.

In the Matter of Lexington Avenue, etc. — Motion granted, with ten dollars costs.

Fritz Grossman v. Supreme Lodge Knights and Ladies of Honor. — Motion denied, with ten dollars costs.

The People of the State of New York v. American Bell Telephone Company. — Motion granted.

M. Marvine Wood v. Charles E. Simmons and others. — Application denied.

Edward E. Britton v. Horace F. Burroughs — Motion granted, with ten dollars costs.

Samuel W. Heymer v. Mary A. Arthur. — Motion denied upon payment of ten dollars costs.

Saly J. Mayer, Respondent, v. Garrett L. Hardy, Appellant. — Motion denied, without costs.

Henry S. Waugh v. Charles O. Bailey. — Motion granted upon appellant giving undertaking in $5,900.

Pauline Heckemann v. David B. Young. — Order to show cause granted.

George Munro, Appellant, v. Ormond G. Smith and others, Respondents. — Motion denied.

Jerome F. Manning v. Henry Amy. — Motion granted unless papers served within thirty days.

Robert F. Minto v. William Austin and others. — Motion denied.

William D. Atkinson v. Rudolph Oelsner. — Motion denied upon payment by appellant of ten dollars.

Elizabeth R. Coggeshall v. Rudolph Bohm. — Motion denied.

Samuel F. Meyers v. Elbert A. Tabor. — Motion granted, with costs, unless appellant stipulates to argue at next General Term.

In the Matter of Widening Fifth Avenue. — Motion granted.

Robert J. Howe v. Joseph J. Morehouse. — Motion denied.

James Perrow v. David A. Lindsay. — Order amended as directed in memorandum.

Gustav Kuhn v. Annie J. Kuhn. — Motion to dismiss appeal denied.

In the Matter of Phœbe Smith. — Motion denied upon payment of ten dollars costs by appellant and stipulation to argue at the next term.

Catherine Reynolds v. Bertha Rodding. — Motion denied.

In the Matter of the Mayor, etc., of the City of New York to Acquire Title, etc., *In re* Ellis. — Mem. *Per Curiam.*

Prescott Hall Butler v. Nathaniel Jarvis, Jr. — Motion for resettlement denied.

Prescott H. Butler v. Nathaniel Jarvis, Jr. — Stay on the judgment on appeal to Court of Appeals ordered and allowed; but not to pre-